IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOHN WALKER,

Plaintiff,

v.

WILLIAMSON COUNTY

Defendant.

Case No. 18-cv-1048 JPG/GCS

## **JUDGMENT**

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: May 14, 2019**          **MARGARET M. ROBERTIE, Clerk of Court**

                              **s/Tina Gray**
                              **Deputy Clerk**


**Approved:**   *s/J. Phil Gilbert*
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**